WEAGANT v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 20, 1012.) Action by Minerva J. Weagant, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

FOOTE, J., not sitting.

WELCH, Respondent, v. FRONTIER FILE CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Margaret F. Welch against the Frontier File Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

WELCH MOTOR CAR CO. OF NEW YORK, Appellant, v. P. BRADY & SON CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by the Welch Motor Car Company of New York against the P. Brady & Son Company, impleaded with others. N. W. Kerngood, for appellant. J. T. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WELKER et al., Appellants, v. LATHROP et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by John W. Welker and others, as trustees of School District No. 12, etc., against Andrew J. Lathrop and another. No opinion. Judgment affirmed, with costs. See, also, 139 App. Div. 924, 123 N. Y. Supp. 1148.

WHITMAN, Respondent, v. MORRIS et al., Appellants. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Walter M. Whitman against Harry S. Morris and others. G. P. Breckenridge, for appellants. J. B. Leavitt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WIDDER, Appellant, v. LAZANSKY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Application of Samuel Widder against Edward Lazansky and others. No opinion. Order unanimously affirmed, without costs.

WILSON et al. v. BRACKEN et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Arthur Wilson and others against Thomas Bracken and others. No opinion. Motion denied, with $10 costs. Order filed.

WILSON v. DOTSON. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Edward S. Wilson against Napoleon B. Dotson. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WITTGREN, Respondent, v. WELLS BROS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Elsa Wittgren, as administratrix, etc., against the Wells Bros. Company of New York.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Wittgren v. Wells Bros. Co., 141 App. Div. 693, 126 N. Y. Supp. 896.

BURR, J., concurs in the result, on the ground that the verdict is contrary to the weight of evidence.

HIRSCHBERG, J., dissents.

WOEMPLE, Respondent, v. FERNANDES, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) Action by Bertha Woemple, sometimes known as Bertha Smith, against Adaline Fernandes. No opinion. Judgment affirmed, with costs.

WOLOWITCH v. NATIONAL SURETY CO. (two cases). (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Bernard Wolowitch against the National Surety Company. No opinion. Application and motion for stay granted. Orders signed and filed.

WYNKOOP-HALLENBECK - CRAWFORD CO., Respondent, v. HUYLER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by the Wynkoop-Hallenbeck-Crawford Company against Frank De K. Huyler and others. E. L. Mooney, for appellants. L. J. Wolff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ZEGGIO et al. v. ROBINSON et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Helen R. Zeggio and others against Duryea R. Robinson and others. L. L. Kellogg, for appellants. P. Merrill and J. L. Bishop, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ZIMMERMAN, Respondent, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1912.)